MARION S. KELSEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 20533.) — Judgment affirmed, without costs of this appeal to either party. Finding of fact No. 22 disapproved and reversed. All concur. (The judgment determines that claimant recover only a certain amount, and denies recovery except for the time that claimant worked in Erie County, on a claim for difference in wages for work performed for the State.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

MARION S. KELSEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 22685.) — Judgment affirmed, without costs of this appeal to either party. Finding of fact No. 20 disapproved and reversed. All concur. (The judgment dismisses a claim for difference in wages for work performed for the State.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

ALBERT E. MARSHALL, Respondent, v. JOSEPHINE ODDO, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict both as to negligence and contributory negligence is against the weight of the evidence. All concur, except Larkin, J., who concurs as to the reversal but votes for dismissal of the complaint. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.